# Exhibit A

# Adams' Application to SCDOT Dated January 22, 2021

## Complaint

*Adams Outdoor Advertising Limited Partnership*
*v.*
*Beaufort County, and Eric Greenway, Director of the Beaufort County*
*Community Development Department*

Civil Action No. 9:21-cv-_____
United States District Court for the District of South Carolina, Beaufort Division

SCDOT Form
Web Version (2-2005)

### Damage Repair Pg I
(All requested information must be submitted)

**10/19/2018 1:17:08 PM**

Page 1

**OwnerId:** 182

**Permit Owner:** Adams Outdoor Advertising

**Sign Location:** US 21 0.6 mi N/O Parris Island Gateway ES

**RecId:**

**Lock Status:** Not Locked

**PermitNbr:** 06-07-740766

| Components Of Sign | Total Pieces In Entire Structure | Parts which need to be replaced | Cost of each Piece | For Department Use |
|---|---|---|---|---|
| **Poles:** | | | | |
| (Material & Size): | | | | |
| 35' Class 2 | 4 | 4 | $239 | |
| **Lumber:** | | | | |
| 2" x 4" x | | | | |
| 2" x 6" x | | | | |
| 2" x 8" x | | | | |
| **Face:** | | | | |
| Plywood: | | | | |
| 4" x 8" x | | | | |
| 4" x 10" x | | | | |
| 4" x 12" x | | | | |
| **Metal Panel:** | | | | |
| (Specify Size): | | | | |
| 12x25 | 2 | 0 | $1,662.33 | |
| | | | | |
| **Molding:** | | | | |
| (Specify Size and Material): | | | | |
| | | | | |
| **Apron:** | | | | |
| | | | | |
| **Catwalk:** | | | | |
| 2'x25' | 2 | 0 | $675 | |
| Catwalk Support | 4 | 0 | $149.38 | |
| | | | | |
| **Sakrete:** | 20 | 20 | $6.98 | |

Damage Repair Pg2                              **10/5/2017 3:18:16 PM**

Page 2

OwnerId: 182

RecId:

Request to RepairSign, Permit Nbr:    06-07-740766

Lock Status: Not Locked

| Components Of Sign | Total Pieces In Entire Structure | Parts which need to be replaced | Cost of each Piece | For Department Use | |
|---|---|---|---|---|---|
| **Light Fixtures:** | | | | | |
| Fluorscent | | | | | |
| Mecury Vapor | | | | | |
| **Light Bulbs:** | | | | | |
| Fluorscent | | | | | |
| Mecury Vapor | | | | | |
| **Meter Base:** | 1 | 0 | $60.84 | | |
| **Breaker Box:** | 1 | 0 | $134.66 | | |
| **Breakers:** | | | | | |
| **Ballast:** | | | | | |
| **Timer:** | | | | | |
| Standard Time Clock: | | | | | |
| Astronomical Dial: | | | | | |
| Photo Cell Type: | | | | | |
| **Electric Cable:** | | | | | |
| (Specify Gauge and Length): | | | | | |
| #10 Stranded | 50ft | 0 | $0.38 | | |
| **Other Hardware:** | | | | | |
| (Specify size and Material): | | | | | |
| LED Light Fixture | 1 | 0 | $326.00 | | |
| Smart Link Timer | 1 | 0 | $324 | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Damage Repair Pg3                                    10/5/2017 3:18:59 PM

Page 3

Ownerid: [182]

Request to RepairSign, Permit Nbr:      06-07-740766

Recid: [        ]

Lock Status: Not Locked

| Components Of Sign | Total Pieces In Entire Structure | Parts which need to be replaced | Cost of each Piece | For Department Use | |
|---|---|---|---|---|---|
| Painting Cost: | | | | | |
| Labor: | | | | | |
| Other Misc. Cost Not Specified: | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| | |
|---|---|
| SubTotal Page 3: | |
| SubTotal Page 2: | |
| SubTotal Page 1: | |
| Grand Total: | |

By my signature hereon, I certify that I understand that if this sign is approved for repair, it must be restored to the exact configuration and specifications of its original condition prior to the damage. This includes the same height above ground level, size of face, number of poles, types of materials, etc.

I further certify that I have existing property rights in this sign. And I certify that the materials and cost itemized herein, are true and correct, and I understand and agree that any misrepresentation or failure to show all parts requiring replacement to restore the sign to its original condition will be grounds for disapproval of this request and the subsequent removal of this structure.

Signature:     *Bo Hodgen*

Company:      Adams Outdoor Advertising

Address:       174 Boardwalk Dr Suite K

               Ridgeland, SC 29936

Sworn to before me this    22nd    day of   January   , 20 21

               Notary Public

My commission expires    October 17, 2029

**The State of South Carolina**
*Office of Secretary of State Mark Hammond*

This is to certify that

*Joseph R. Romeo*

was duly appointed and commissioned Notary Public for South Carolina. The appointment to continue with term ending October 17, 2029.

Notary's Signature          Mark Hammond
                            Secretary of State



Utility &
Industrial Products

237 Forestry Road
P.O. Box 70
Eutawville, SC 29048
Phone (803) 492-8005
Fax (803) 492-3101

# QUOTATION

| QUOTED BY: | HAIGLER BOZARDT | | DATE: | 1-19-2021 | | ORIGIN: | |
|---|---|---|---|---|---|---|---|
| NAME: | J ROMEO | | SHIP TO: | RIDGELAND, SOUTH CAROLINA | | | |
| COMPANY: | ADAMS OUTDOOR | | | | | | |
| ADDRESS: | | | | | | | |
| PHONE: | | | FAX: | | | | |
| | | | | | | | |

| POLES: | SURFACE: RGH: | KDAT: YES: | TERMS: |
|---|---|---|---|
| PILING: | S4S: | %: | |
| X-ARM: | PATTERN: | NO: | |
| PENTA: | FOB: DELD: | | |
| CCA RETENTION: | MILL: | | |

| SIZE | MATERIAL DESCRIPTION / TALLY | PRICE | FREIGHT | TOTAL |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| 35 CL 2 | .60 CCA        7 POLES | $239.00 EA | | |
| | | | | |
| | ALLOW 1 WEEK ARO | | | |
| | FREIGHT IS INCLUDED IN THE PRICING | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | PRICES GOOD THRU: | | | |



**FORMETCO** ®

2963 Pleasant Hill Road, Duluth, GA 30096
800-367-6382 Fax 800-239-2394

Quote No.          Page:  1
QTE070926
STANDARD         Entered By:
                 joep

**Quote Date**
1/20/2021

# QUOTE

**Bill To:**
ADAMS OUTDOOR, RIDGELAND
174 Boardwalk  Ste K
liftgate required for delivery
Ridgeland SC  29936
USA

**Ship To:**
Adams Outdoor Advertising
174 Boardwalk  Ste K
liftgate required for delivery
Ridgeland SC  29936
USA

ATTN:   Joseph Romeo
(843) 475-2402      Fax:    (843) 645-4201

ATTN:   Joseph Romeo
(843) 475-2402      Fax:    (843) 645-4201

| Purchase Order No. | Customer ID | Salesperson | Shipping Method | Payment Terms |
|---|---|---|---|---|
| | ADAMS-RID-SC | JERRY MCCLELL | | Net 30 |

| Quantity | Item Number / Descripton | Unit Price | UOM | Ext. Price |
|---|---|---|---|---|
| 4 | *SCAFFSC-BKTBB<br>BACK/BACK SCAFFOLD SUPPORT | $149.38 | EACH | $597.54 |
| 2 | CUSTOMPARTS-HRDW<br>2 - 2' x 25' catwalk w/ kickrails | $675.16 | EACH | $1,350.32 |
| 2 | *QFFX300UPWZH2<br>QUICK FLEX FX300U POSTER PANEL - WHITE TRIM - 2HP | $1,662.33 | EACH | $3,324.66 |

- To make this Quote an Order, please sign below and FAX back to 1-800-239-2394
  I Acknowledge that I have read and agree with the accuracy of all material,   specifications, and services
  provided for in this quote. In addition I have read and agree to the    Terms and Conditions of Sale on the
  next page.

- If paying by credit card, I agree to allow Formetco, Inc. to debit my credit
  card for the following amount $_____  SIGNATURE_____

- Credit application approved by Formetco is required for all purchases

SIGNATURE:_____TITLE:_____     DATE:_____

**Please Remit payment to: P.O. Box 535730, Atlanta GA 30353-5730**

**Requested Ship Date    0/0/0000              This Quote is valid for 7 days.**

*Comments:*   Unless otherwise stated, Freight has not been included in this quote.

| | |
|---|---|
| Subtotal | $5,272.52 |
| Ship & Handling | $550.00 |
| Misc | $0.00 |
| Tax | $524.04 |
| Total | $6,346.56 |

Printed on:  1/20/2021    10:36:16 AM

Visit us on the web at www.formetco.com or email us at sales@formetco.com



# Quote

| Date | Quote No. |
|------|-----------|
| 10/9/2020 | 3093 |

*Quote good for 60 days*

Name/Address

Adams Outdoor Advertising
Joseph Romeo
174 Boardwalk Drive, Suite K
Ridgeland, SC 29936

| Project |
|---------|
|         |

| Description | Qty | Rate | Total |
|-------------|-----|------|-------|
| Panel Vue 2 LED Brown | 14 | 326.00 | 4,564.00T |
| SVLED2 PNL PK3 MVOLT 50K AMT BNSDP | | | |
| Sign Vue 2 LED Brown | 7 | 326.00 | 2,282.00T |
| SVLED2 SVL PK3 MVOLT 50K AMT BNSDP | | | |
| Out-of-state sale | | 0.00% | 0.00 |

| | Total | $6,846.00 |
|--|-------|-----------|

Thank you for your business!

309 Sam Rayburn Parkway / Lenoir City TN 37771
866-250-6445 / Fax 865-376-0228
bkline@Reliable-Electric.com

FIND ORGANIZATIONAL SOLUTIONS AND BATH UPGRADES TO GIVE YOUR SPACES NEW PURPOSE >

20



quikrete concrete mix                                                                    ✕    🔍

📍 Beaufort Lowe's    Open till 9 PM  ›

**LOWE'S**

Prices, Promotions, styles, and availability may vary. Our local stores do not honor online pricing, Prices and availability of products and services are subject to change without notice. Errors will be corrected where discovered, and Lowe's reserves the right to revoke any stated offer and to correct any errors, inaccuracies or omissions including after an order has been submitted.

# Shopping Cart

**Beaufort Lowe's, SC**  |  Change Store ›
207 Robert Smalls Pkwy, Beaufort, SC 29906

**20 Items**  |  Remove 20 Items

Item # 234135 | Model # 100785        $6.98  Qty: 20        **$139.60**
**QUIKRETE ProFinish 5000 80-lb High**        $6.98 each
**Strength Concrete Mix**

## Order Summary

Item Total                                   $139.60

Taxes calculated at checkout

**Estimated Total**                          **$139.60**

🔵 Back to Top

Deals, Inspiration and Trends
We've got ideas to share. Enter your email and ZIP code.

[ email address ]    [ ZIP code ]    [ Sign Up ]

💬 Need Help?                              🔄 Order Status

💳 Lowe's Credit Cards                     🎁 Gift Cards

🏷 Installation Services                   📱 Lowe's Apps

ABOUT LOWE'S                                                          ⌄

STORES & SERVICES                                                    ⌄

CUSTOMER SERVICE                                                     ⌄

PRIVACY & USE                                                        ⌄

CONNECT WITH US

🟢 Online
Ask me anything!
I am here to help.
**LOWE'S**

Powell Electric

PO Box 4009
Beaufort SC 29903

# Estimate

| Date | Estimate # |
|------|-----------|
| 9/24/2020 | 102 |

| Name / Address |
|----------------|
| Adams Outdoor<br>174 Boardwalk Dr Suite K<br>Ridgeland, South Carolina 29936 |

| Project |
|---------|
| |

| Description | Qty | Rate | Total |
|-------------|-----|------|-------|
| Technician & Laborer | 1 | 1,250.00 | 1,250.00 |
| Meter Can, 100A | 1 | 60.84 | 60.84T |
| Panel, 4C, 125A, Outdoor | 1 | 134.66 | 134.66T |
| PVC Conduit, Sch 40, 3/4" | 150 | 0.74313 | 111.47T |
| PVC 90 Deg Ell, 3/4" | 3 | 1.24 | 3.72T |
| PVC Coupler, 3/4" | 6 | 0.30 | 1.80T |
| PVC M/adapter, 3/4" | 1 | 0.50 | 0.50T |
| Locknuts, 3/4" | 1 | 0.26 | 0.26T |
| Wire, #10 Cu Stranded | 450 | 0.38002 | 171.01T |
| Permit Fee | 1 | 150.00 | 150.00T |
| Mounting Materials | 1 | 25.00 | 25.00T |
| Thank you for choosing Powell Electric.   We value and appreciate your business. | | 0.00 | 0.00T |
| Credit cards will be charged a 3% processing fee | | | |
| Sales Tax | | 7.00% | 46.15 |

Thank you for your business.

| **Total** | |
|-----------|---|
| | $1,955.41 |

# Quote

Print this page

**Date:** October 9, 2020
**Customer:** Adams Outdoor Advertising
**Plant:** Adams / Beaufort, SC

**Quote Authorized By:** Franklin Olive
**Comments:**

**Order Details:**

| Item Number | Name | Price | Qty | Total |
|---|---|---|---|---|
| ODL00024 | SL-4-AC | $299.00 | 20 | $5980.00 |
| ODL00400 | Surge Arrestor | $25.00 | 20 | $500.00 |
| | | | Order Total | $6480.00 |

*Shipping fees and taxes are not included.
*Quote is valid for 30 days.

Provided by: ᴕutdoorlink



