# **Exhibit B**

# Adams' Application to SCDOT Dated February 17, 2021

Complaint

*Adams Outdoor Advertising Limited Partnership*
*v.*
*Beaufort County, and Eric Greenway, Director of the Beaufort County*
*Community Development Department*

Civil Action No. 9:21-cv-_____
United States District Court for the District of South Carolina, Beaufort Division

| SCDOT Form Web Version (2-2005) | | Damage Repair Pg 1 (All requested information must be submitted) | | | 10/19/2018 1:17:08 PM Page 1 | |
|---|---|---|---|---|---|---|
| **OwnerId:** | 182 | | | | **RecId:** | |
| **Permit Owner:** | Adams Outdoor Advertising | | | | **Lock Status:** Not Locked | |
| **Sign Location:** | US 21 0.5 mi N/O SR 280 WS | | | | **PermitNbr:** 06-07-740884 | |

| Components Of Sign | Total Pieces In Entire Structure | Parts which need to be replaced | Cost of each Piece | For Department Use | |
|---|---|---|---|---|---|
| **Poles:** | | | | | |
| (Material & Size): | | | | | |
| 35' class 2 | 6 | 6 | $239 | | |
| **Lumber:** | | | | | |
| 2" x 4" x | | | | | |
| 2" x 6" x  16 | 30 | 0 | $14.96 | | |
| 2" x 8" x | | | | | |
| **Face:** | | | | | |
| Plywood: | | | | | |
| 4" x 8" x | | | | | |
| 4" x 10" x | | | | | |
| 4" x 12" x | | | | | |
| **Metal Panel:** | | | | | |
| (Specify Size): | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| **Molding:** | | | | | |
| (Specify Size and Material): | | | | | |
| | | | | | |
| | | | | | |
| **Apron:** | | | | | |
| 32"x8' | 5 | 0 | $66.77 | | |
| 32"x6' | 1 | 0 | $49.72 | | |
| **Catwalk:** | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| **Sakrete:** | 30 | 30 | $5.08 | | |

Damage Repair Pg2                               10/5/2017 3:18:16 PM

Page 2

Ownerld: 182
Request to RepairSign, Permit Nbr:  06-07-740884

Recld:
Lock Status: Not Locked

| Components Of Sign | Total Pieces In Entire Structure | Parts which need to be replaced | Cost of each Piece | For Department Use | |
|---|---|---|---|---|---|
| **Light Fixtures:** | | | | | |
|   Fluorscent | | | | | |
|   Mecury Vapor | | | | | |
| **Light Bulbs:** | | | | | |
|   Fluorscent | | | | | |
|   Mecury Vapor | | | | | |
| **Meter Base:** | 1 | 0 | $60.84 | | |
| **Breaker Box:** | 1 | 0 | $134.66 | | |
| **Breakers:** | | | | | |
| **Ballast:** | | | | | |
| **Timer:** | | | | | |
|   Standard Time Clock: | | | | | |
|   Astronomical Dial: | | | | | |
|   Photo Cell Type: | | | | | |
| **Electric Cable:** | | | | | |
|   (Specify Gauge and Length): | | | | | |
|   #10 Stranded | 70' | 0 | $0.38 per foot | | |
| **Other Hardware:** | | | | | |
|   (Specify size and Material): | | | | | |
|   LED Fixture | 3 | 0 | $326 | | |
|   SmartLink timer | 1 | 0 | $324 | | |
|   3/8" x8" lag screw | 48 | 0 | $3.08 | | |

Damage Repair Pg3                                    10/5/2017 3:18:59 PM

Page 3

| OwnerId: | 132 | | | | RecId | |
|---|---|---|---|---|---|---|
| Request to RepairSign, Permit Nbr: | 06-07-740884 | | | | Lock Status | Not Locked |

| Components Of Sign | Damaged Entire Structure | Parts which need to be replaced | Cost of each Piece | For Department Use | |
|---|---|---|---|---|---|
| Painting Cost: | | | | | |
| Labor: | | | | | |
| Other Misc. Cost Not Specified: | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | SubTotal Page 3 | | |
| | | | SubTotal Page 2: | | |
| | | | SubTotal Page 1 | | |
| | | | Grand Total: | | |

By my signature hereon, I certify that I understand that if this sign is approved for repair, it must be restored to the exact configuration and specifications of its original condition prior to the damage. This includes the same height above ground level, size of face, number of poles, types of materials, etc.

I further certify that I have existing property rights in this sign. And I certify that the materials and cost itemized herein, are true and correct, and I understand and agree that any misrepresentation or failure to show all parts requiring replacement to restore the sign to its original condition will be grounds for disapproval of this request and the subsequent removal of this structure.

Signature: *Bo Hodgen*
Company: Adams Outdoor Advertising
Address: 174 Boardwalk Drive SuiteK
Ridgeland, SC 29936

Sworn to before me this 7th day of February, 20 21

Notary Public

My commission expires October 17, 2029

---

**The State of South Carolina**
*Office of Secretary of State Mark Hammond*

This is to certify that
*Joseph R. Romeo*
was duly appointed and commissioned Notary Public for South Carolina. The appointment to continue with term ending October 17, 2029.

Notary's Signature          Secretary of State



237 Forestry Road
P.O. Box 70
Eutawville, SC 29048
Phone (803) 492-8005
Fax (803) 492-3101

# QUOTATION

| QUOTED BY: | HAIGLER BOZARDT | DATE: | 1-19-2021 | ORIGIN: | |
|---|---|---|---|---|---|
| NAME: | J ROMEO | SHIP TO: | RIDGELAND, SOUTH CAROLINA | | |
| COMPANY: | ADAMS OUTDOOR | | | | |
| ADDRESS: | | | | | |
| PHONE: | | FAX: | | | |
| | | | | | |
| | | | | | |

| POLES: | SURFACE: RGH: | KDAT: YES: | TERMS: |
|---|---|---|---|
| PILING: | S4S: | %: | |
| X-ARM: | PATTERN: | NO: | |
| PENTA: | FOB: DELD: | | |
| CCA RETENTION: | MILL: | | |

| SIZE | MATERIAL DESCRIPTION / TALLY | PRICE | FREIGHT | TOTAL |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| 35 CL 2 | .60 CCA           7 POLES | $239.00 EA | | |
| | | | | |
| | ALLOW 1 WEEK ARO | | | |
| | FREIGHT IS INCLUDED IN THE PRICING | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | PRICES GOOD THRU: | | | |



|  |  | DATE | SO NUMBER |
|--|--|--|--|
|  | ***REPRINT*** | 12-08-20 | 51520168 |

## SALES ORDER     QUOTE        Page   1

SOLD TO:
8039
CASH-GRAHAM MANLEY

BEAUFORT, SC 29902

SHIP TO:
8039    ***CPU***
CASH-GRAHAM MANLEY

BEAUFORT
SC     29902

| JOB NO. | CUSTOMER PO. ADAMS OUTDOOR | COST CODE | EST SHIP DATE 12-08-20 | CLERK # tgm6 | SHIPPED FROM SCPSYD    QT |
|--|--|--|--|--|--|
| QTY | ITEM NO. | DESCRIPTION | U/M | UNIT PRICE | EXTENDED PRICE |
|  |  | ADAMS OUTDOORS |  |  |  |
| 30 | 2616T | 2X6-16' #2 TRTD GC | EA | 14.96 ! | 448.80 |
| 17 | 12CDXT | 15/32"4X8 CDX RTD TRTD AG | EA | 34.60 ! | 588.20 |

SC32       JASPER COUNTY, SC 9%

SALESPERSON:   CPS2199
BUYER:

| SUBTOTAL | TAX | TOTAL |
|--|--|--|
| 1,037.00 | 93.33 | 1,130.33 |

**Unless otherwise specified herein, all prices shown shall only be valid for materials delivered for or received by the Purchaser within 30 days from the date of this order.**



**FORMETCO**
2963 Pleasant Hill Road, Duluth, GA 30096
800-367-6382 Fax 800-239-2394

| | |
|---|---|
| **Quote No.** | QTE067911 |
| | STANDARD |

Page: 1
Entered By: Jerry

**Quote Date**
2/6/2021

# QUOTE

**Bill To:**
ADAMS OUTDOOR, RIDGELAND
174 Boardwalk  Ste K
liftgate required for delivery
Ridgeland SC  29936
USA

**Ship To:**
Adams Outdoor Advertising
174 Boardwalk  Ste K
liftgate required for delivery
Ridgeland SC  29936
USA

ATTN:  Joseph Romeo                     ATTN:  Joseph Romeo
(843) 475-2402     Fax:  (843) 645-4201    (843) 475-2402     Fax:  (843) 645-4201

| Purchase Order No. | Customer ID | Salesperson | Shipping Method | Payment Terms |
|---|---|---|---|---|
| | ADAMS-RID-SC | JERRY MCCLELL | ESTES FREIGHT | Net 30 |

| Quantity | Item Number / Descripton | Unit Price | UOM | Ext. Price |
|---|---|---|---|---|
| 1 | NOTES<br>Apron for:  12x50; | $0.00 | EACH | $0.00 |
| 1 | FULLCRATING<br>FULL BOXING OR CRATING | $45.00 | EACH | $45.00 |
| 5 | *APRON32X8WWSNHR<br>APRON - RED  32" X 8' NO HANGER (INC WOOD SCREW) | $66.77 | EACH | $333.85 |
| 1 | *APRON32X6WWSNHR<br>APRON - RED  32" X 6' NO HANGER (INC WOOD SCREW) | $49.72 | EACH | $49.72 |

- To make this Quote an Order, please sign below and FAX back to 1-800-239-2394
  I Acknowledge that I have read and agree with the accuracy of all material,   specifications, and services
  provided for in this quote.  In addition I have read and agree to the   Terms and Conditions of Sale on the
  next page.

- If paying by credit card, I agree to allow Formetco, Inc. to debit my credit
  card for the following amount $_____  SIGNATURE_____

- Credit application approved by Formetco is required for all purchases

SIGNATURE:_____   TITLE:_____        DATE:_____

**Please Remit payment to: P.O. Box 535730, Atlanta GA 30353-5730**

Requested Ship Date    0/0/0000            This Quote is valid for 7 days.

Comments:    Unless otherwise stated, Freight has not been included in this quote.

Subtotal
Ship & Handling
Misc
Tax
Total

Printed on:  10/1/2020    3:54:57 PM

Visit us on the web at www.formetco.com or email us at sales@formetco.com



# Powell Electric

PO Box 4009  
Beaufort SC 29903

# Estimate

| Date | Estimate # |
|---|---|
| 9/24/2020 | 102 |

### Name / Address

Adams Outdoor  
174 Boardwalk Dr Suite K  
Ridgeland, South Carolina 29936

| | Project |
|---|---|
| | |

| Description | Qty | Rate | Total |
|---|---|---|---|
| Technician & Laborer | 1 | 1,250.00 | 1,250.00 |
| Meter Can, 100A | 1 | 60.84 | 60.84T |
| Panel, 4C, 125A, Outdoor | 1 | 134.66 | 134.66T |
| PVC Conduit, Sch 40, 3/4" | 150 | 0.74313 | 111.47T |
| PVC 90 Deg Ell, 3/4" | 3 | 1.24 | 3.72T |
| PVC Coupler, 3/4" | 6 | 0.30 | 1.80T |
| PVC M/adapter, 3/4" | 1 | 0.50 | 0.50T |
| Locknuts, 3/4" | 1 | 0.26 | 0.26T |
| Wire, #10 Cu Stranded | 450 | 0.38002 | 171.01T |
| Permit Fee | 1 | 150.00 | 150.00T |
| Mounting Materials | 1 | 25.00 | 25.00T |
| Thank you for choosing Powell Electric.   We value and appreciate your business.   Credit cards will be charged a 3% processing fee | | 0.00 | 0.00T |
| Sales Tax | | 7.00% | 46.15 |

Thank you for your business.

**Total**  $1,955.41



# Quote

| Date | Quote No. |
|---|---|
| 2/7/2021 | 3229 |

Quote good for 60 days

**Name/Address**

Adams Outdoor Advertising
Joseph Romeo
174 Boardwalk Drive, Suite K
Ridgeland, SC 29936

| | Project |
|---|---|
| | |

| Description | Qty | Rate | Total |
|---|---|---|---|
| Sign Vue 2 LED Brown<br>SVLED2 SVL PK3 MVOLT 50K AMT BNSDP<br>Out-of-state sale | 1 | 326.00<br>0.00% | 326.00T<br>0.00 |

| Total | $326.00 |
|---|---|

Thank you for your business!

309 Sam Rayburn Parkway / Lenoir City TN 37771
866-250-6445 / Fax 865-376-0228
bkline@Reliable-Electric.com

# Quote

Print this page

**Date:** January 29, 2021
**Customer:** Adams Outdoor Advertising
**Plant:** Adams / Beaufort, SC

**Quote Authorized By:** Chip Handley
**Comments:**

**Order Details:**

| Item Number | Name | Price | Qty | Total |
|---|---|---|---|---|
| ODL00024 | SL-4-AC | $299.00 | 1 | |
| ODL00400 | Surge Arrestor | $25.00 | 1 | |
| | | | Order Total | |

*Shipping fees and taxes are not included.
*Quote is valid for 30 days.

Provided by: **outdoorlink**®

CREATE A SPA-WORTHY BATH SPACE. UP TO 40% OFF SELECT BATH ESSENTIALS. SHOP NOW >

lag screws

**Beaufort Lowe's**   Open until 9 PM >

**LOWE'S**

Prices, Promotions, styles, and availability may vary. Our local stores do not honor online pricing. Prices and availability of products and services are subject to change without notice. Errors will be corrected where discovered, and Lowe's reserves the right to revoke any stated offer and to correct any errors, inaccuracies or omissions including after an order has been submitted.

# Shopping Cart

**Beaufort Lowe's, SC** | **Change Store >**
207 Robert Smalls Pkwy, Beaufort, SC 29906

**1 Item** | Remove 1 Item

| | | |
|---|---|---|
| Item # 67363 | Model # 812087 | $3.08  Qty: 1 | $3.08 |
| **Hillman 3/8-in x 8-in Hot-Dipped Galvanized Steel Lag Screw** | | |

## Order Summary

Item Total                                             $3.08

Taxes calculated at checkout

**Estimated Total**                            **$3.08**

● Back to Top

**Deals, Inspiration and Trends**
We've got ideas to share. Enter your email and ZIP code.

[email address]   [ZIP code]   **Sign Up**

| | |
|---|---|
| ? **Need Help?** | ⊗ **Order Status** |
| ▭ **Lowe's Credit Cards** | 📇 **Gift Cards** |
| ☞ **Installation Services** | ▯ **Lowe's Apps** |

**ABOUT LOWE'S**                                                                                         ⌄

**STORES & SERVICES**                                                                             ⌄

**CUSTOMER SERVICE**                                                                             ⌄

**PRIVACY & USE**                                                                                       ⌄

**CONNECT WITH US**

● Online
Ask me anything!
I am here to help.
**LOWE'S**











