# **Exhibit C**

Documents Provided to Beaufort County Code Enforcement Department by Adams

Complaint

*Adams Outdoor Advertising Limited Partnership*
*v.*
*Beaufort County, and Eric Greenway, Director of the Beaufort County Community Development Department*

Civil Action No. 9:21-cv-________
United States District Court for the District of South Carolina, Beaufort Division

843.645.4200 | adamsoutdoor.com | 174 boardwalk drive, suite k, ridgeland, sc 29936




Bo Hodges
Adams Outdoor Advertising
174 Boardwalk Dr Suite K
Ridgeland, SC 29936
3/1/2021

Beaufort County Code Enforcement
c/o Audra Antonacci-Ogden
1911 Boundary St
Beaufort, SC 29902

Dear Audra Antonacci-Ogden:

Adams Outdoor Advertising will be performing repair work on two sign locations on April, 9th, 2021. Keith Melvin, Director of Outdoor Advertising at SCDOT, has determined that the damage suffered to both sign structures due to wind is less than 50% of the replacement cost and subsequently approved both Storm Damage Applications. Work will include repairs to the electrical components, wooden poles, and aprons.

Included herein, please find a copy of the approval letters from SCDOT granting permission for repair work for permits 06-07-740766 and 06-07-740884 along with copies of each SCDOT issued permit.

Sincerely,

Bo Hodges,
Real Estate Manager
Adams Outdoor Advertising




February 22, 2021

ADAMS OUTDOOR ADVERTISING
174 BOARDWALK DRIVE – SUITE K
RIDGELAND, SC 29936

Re: Repair of Storm Damage Sign, 06-07-740884

Gentlemen:

We received your "Request for Repair" of an Outdoor Advertising billboard on US-21 in BEAUFORT County.

The request will be forwarded to the Low Country Regional Coordinator for evaluation.

If you have any questions or need further assistance, please contact the Outdoor Advertising Office at (803) 737-1339.

Yours truly,

Keith C. Melvin, CPM
Director of Outdoor Advertising

CC:
Low Country Regional Coordinator – NIKKI AMAKER

KCM/wlj




March 3, 2021

ADAMS OUTDOOR ADVERTISING
174 BOARDWALK DRIVE – SUITE K
RIDGELAND, SC 29936

Subject: Repair of Storm Damage Approval Letter
06-07-740884

Gentlemen:

Your application for Repair of Storm Damage of an Outdoor Advertising Billboard on US-21 in BEAUFORT County is approved.

After careful review, we find that the damage is less than 50% of the replacement cost for the sign as of the time of damage. Therefore, you may repair the damage.

Please contact NIKKI AMAKER the Low Country Regional Outdoor Advertising Coordinator at (803) 682-2147 before beginning any repairs and after repairs have been completed.

If you have any questions or need further assistance, please contact the Outdoor Advertising Office at 737-1339.

Yours very truly,

Keith C. Melvin, CPM
Director of Outdoor Advertising

CC:
Low Country Regional Coordinator – NIKKI AMAKER
KCM/wlj

W7000635

SCDOT Form 604

Web Version 2-2006

# State of South Carolina
# Application for Outdoor Advertising Permit
## S.C. Department of Transportation

(This Application must be typed and completed in its entirety.)

09/14/2012

**Owner Id** 182

**Permit Nbr** 06-07-740884

**Tag #** 06-07-740884

**SCDOT Approval Status** Approved

Application is hereby made to erect and/or maintain an advertising device at the location hereinafter described in accordance with the provisions of this application and the provisions of South Carolina's "Highway Advertising Control Act" dated November 3, 1971 .

1. **Applicant :** ADAMS OUTDOOR ADVERTISING **Phone :** 8436454200
   **Street :** 174 BOARDWALK DRIVE - SUITE K **City :** RIDGELAND **State :** SC Zip : 29936

2. **Sign Location : County :** Beaufort **Route :** US-21 **Milepost :** 20.707 RD Section : US-21
   **Between :** SC-116 (Route or Road) **And** SC-280 (Route or Road) 0 (Nearest 1/10 mile) **From :** SC-280 (Route or Road)
   **On Side of Highway :** ☑ North ☐ South ☐ East ☐ West **Name of City :** (If within corporate limits)

3. **Sign Located :** ☑ Within unzoned commercial or industrial area -- Name Qualifying Activity: DAISY FRESH COIN LAUNDRY
   ☐ Within zoned industrial or commercial area

4. **Property Owner :**
   **Address :** , **City :** **State :** **Zip :**

5. **Type of agreement between sign owner and property owner :** ☐ Verbal ☑ Written
   If the agreement is verbal, a written statement from the property owner giving permission must be attached.
   Written leases sent to the SCDOT are regarded as trade secrets and will not be released to anyone without written permission of the lease.

6. **Total Face Size in Sign (excluding decorative base and supports but including border and trim.)**
   (See page 2 for computations) : 600

7. **Date of Planned Construction / Date erected if already in place :** 01/01/1956

8. Enter the value of all advertising devices owned by your company located in this county including the sign described herein. This figure will be furnished to the county treasurer for tax purposes in accordance with State law :
   VALUE OF THIS SIGN ONLY : $ 0 TOTAL VALUE OF ALL SIGNS IN THIS COUNTY INCLUDING THIS SIGN : $ 0

9. **Type of advertising device:** **(Complete only one column )**

| FACE TYPE | FACE SUBTYPE | SUPPORT TYPE | OTHER SIGN |
|---|---|---|---|
| Double Face Sign | Single Side, Side By Side (2 Faces) | None | ☐ Other<br>DESCRIBE: |

10. **Illumination :** ☑ Lighted ☐ Non Illuminated ☐ Reflectorized ☐ Not Attached **(Percent of Reflectorization: )**

11. **Permit Fee Remitted Herewith :** $ 0 (SEE ODA INSTRUCTIONS PAGE FOR SCHEDULE)
    **Application Fee :** $ 0

12. **Other Stipulations:**

The undersigned hereby agrees that the existing or proposed structure described above was constructed in accordance with the existing State laws, local ordinances and regulations. It is further agreed that upon a determination said sign is non-conforming, this permit may be revoked and the sign removed in the manner prescribed by existing laws and regulations. Furthermore, the undersigned hereby agrees that if the proposed structure is acquired pursuant to the Eminent Domain Procedures Act, it is agreed that the structure is the personal property of the undersigned who is entitled to relocation assistance only in accordance with the Uniform Relocation Assistance and Real Property Acquisition Policy Act of 1970. The undersigned agrees that if this sign is not constructed within 180 days from the date the permit is issued, the permit becomes void and is automatically cancelled.

**Preparer :** Bo Hodges **Title:** : Real Estate manager **Date :** 06/25/2012

**Company Official :** Bo Hodges **Title:** : Real Estate manager **Date :** 06/25/2012

**SCDOT Approval Signature :** On File **Date :** 09/14/2012



South Carolina
Department of Transportation

February 3, 2021

ADAMS OUTDOOR ADVERTISING
174 BOARDWALK DRIVE – SUITE K
RIDGELAND, SC 29936

Subject: Repair of Storm Damage Approval Letter
06-07-740766

Gentlemen:

Your application for Repair of Storm Damage of an Outdoor Advertising Billboard on US-21 in BEAUFORT County is approved.

After careful review, we find that the damage is less than 50% of the replacement cost for the sign as of the time of damage. Therefore, you may repair the damage.

Please contact NIKKI AMAKER the Low Country Regional Outdoor Advertising Coordinator at (803) 682-2147 before beginning any repairs and after repairs have been completed.

If you have any questions or need further assistance, please contact the Outdoor Advertising Office at 737-1339.

Yours very truly,

Keith C. Melvin, CPM
Director of Outdoor Advertising

CC:
Low Country Regional Coordinator – NIKKI AMAKER
KCM/wlj

W7000635

SCDOT Form 604

Web Version 2-2006

# State of South Carolina
# Application for Outdoor Advertising Permit
## S.C. Department of Transportation

(This Application must be typed and completed in its entirety.)

09/14/2012

**Owner Id** 182

**Permit Nbr** 06-07-740766

**Tag #** 06-07-740766

**SCDOT Approval Status** Approved

Application is hereby made to erect and/or maintain an advertising device at the location hereinafter described in accordance with the provisions of this application and the provisions of South Carolina's "Highway Advertising Control Act" dated November 3, 1971 .

1. **Applicant :** ADAMS OUTDOOR ADVERTISING **Phone :** 8436454200
   **Street :** 174 BOARDWALK DRIVE - SUITE K **City :** RIDGELAND **State :** SC Zip : 29936
2. **Sign Location : County :** Beaufort **Route :** US-21 **Milepost :** 20.725 RD Section : US-21
   **Between :** SC-116 (Route or Road) **And** SC-280 (Route or Road) 0.1 (Nearest 1/10 mile) **From :** SC-280 (Route or Road)
   **On Side of Highway :** ☑ North ☐ South ☐ East ☐ West **Name of City :** (If within corporate limits)
3. **Sign Located :** ☑ Within unzoned commercial or industrial area -- Name Qualifying Activity: N/A
   ☐ Within zoned industrial or commercial area
4. **Property Owner :**
   **Address :** , **City :** **State :** **Zip :**
5. **Type of agreement between sign owner and property owner :** ☐ Verbal ☑ Written
   If the agreement is verbal, a written statement from the property owner giving permission must be attached.
   Written leases sent to the SCDOT are regarded as trade secrets and will not be released to anyone without written permission of the lease.
6. **Total Face Size in Sign (excluding decorative base and supports but including border and trim.)**
   (See page 2 for computations) : 300
7. **Date of Planned Construction / Date erected if already in place :** 11/04/1976
8. Enter the value of all advertising devices owned by your company located in this county including the sign described herein. This figure will be furnished to the county treasurer for tax purposes in accordance with State law :
   VALUE OF THIS SIGN ONLY : $ 0 TOTAL VALUE OF ALL SIGNS IN THIS COUNTY INCLUDING THIS SIGN : $ 0
9. **Type of advertising device:** **(Complete only one column )**

| FACE TYPE | FACE SUBTYPE | SUPPORT TYPE | OTHER SIGN |
|---|---|---|---|
| Single Face | Back To Back (2 Faces) | WOODEN POLES | ☐ Other<br>DESCRIBE: |

10. **Illumination :** ☑ Lighted ☐ Non Illuminated ☐ Reflectorized ☐ Not Attached **(Percent of Reflectorization:** **)**
11. **Permit Fee Remitted Herewith :** $ 0 (SEE ODA INSTRUCTIONS PAGE FOR SCHEDULE)
    **Application Fee :** $ 0
12. **Other Stipulations:**

The undersigned hereby agrees that the existing or proposed structure described above was constructed in accordance with the existing State laws, local ordinances and regulations. It is further agreed that upon a determination said sign is non-conforming, this permit may be revoked and the sign removed in the manner prescribed by existing laws and regulations. Furthermore, the undersigned hereby agrees that if the proposed structure is acquired pursuant to the Eminent Domain Procedures Act, it is agreed that the structure is the personal property of the undersigned who is entitled to relocation assistance only in accordance with the Uniform Relocation Assistance and Real Property Acquisition Policy Act of 1970. The undersigned agrees that if this sign is not constructed within 180 days from the date the permit is issued, the permit becomes void and is automatically cancelled.

**Preparer :** Bo Hodges **Title:** : Real Estate manager **Date :** 06/25/2012

**Company Official :** Bo Hodges **Title:** : Real Estate manager **Date :** 06/25/2012

**SCDOT Approval Signature :** On File **Date :** 09/14/2012