# **Exhibit E**

# Beaufort County's Stop Work Order

Complaint

*Adams Outdoor Advertising Limited Partnership*
*v.*
*Beaufort County, and Eric Greenway, Director of the Beaufort County*
*Community Development Department*

Civil Action No. 9:21-cv-_____
United States District Court for the District of South Carolina, Beaufort Division



COUNTY COUNCIL OF BEAUFORT COUNTY

BEAUFORT COUNTY CODE ENFORCEMENT DEPARTMENT
Administration Building, 100 Ribaut Road
P.O. Drawer 1228, Beaufort, SC 29901-1228
Phone: (843) 255-2066

April 12, 2021

# STOP WORK ORDER

To: Adams Outdoor Advertising, Inc. C/O Bo Hodges

It has been determined that to pursuant to Beaufort County Ordinance- 5.6.50 Off-Premises Sign Standards E. **Maintenance Standards for Off-Premises Signs**, the required Beaufort County approval was not granted for the work and/or repairs to billboards 7036/74062 and 74065/70091 located on Trask Parkway in Beaufort County.

Accordingly, it is hereby ordered that the Owner and/or agent shall cease and desist from any further activity on these sites.

IT IS SO ORDERED.

_____
Audra Antonacci - Ogden
Code Enforcement Director

## 5.6.50 - Off-Premises Sign Standards

A. **Commercial Off-Premises Signs.** New commercial off-premises signs prohibited.

B. **Non-Commercial Off-Premises Signs.**

   1. **Location.**

      a. Non-commercial off-premises signs may be placed on any premises where the placement of commercial on-premises signs are allowed.

      b. No portion of any noncommercial off-premises sign shall be located within 300 feet of any other off-premises sign on the same side of the street or highway, or any residence (single-family or multi-family).

   2. **Standards.** Noncommercial off-premises signs shall meet the standards in Section 5.6.120 (Freestanding Sign Type).

C. **Directional Signs.**

   1. **Location.** In order to provide information and directional aid to the general public, directional signs may be erected within 300 feet of intersections of major traveled thoroughfares and secondary roads to identify businesses, services, organizations, agencies, facilities and activities located down the secondary road. Such directional signs shall not be utilized to identify uses on the major traveled thoroughfare.

   2. **Standards.** Directional signs shall meet the standards in Section 5.6.90 (Directional Sign Type).

D. **Directory Listings.**

   1. **Location.** Directory listing signs may be placed at strategic locations along major highways in order to provide pertinent County area information to tourists and visitors.

   2. **Content.** Directory listings are intended to be informational and helpful for the convenience of visitors and not promotional of any particular business or type of business. Listings may be limited to local area hotels/motels, restaurants, major residential developments, major retail outlet centers and the like.

   3. **Standards.** Directory listings shall meet the standards in Section 5.6.120 (Freestanding Sign Type).

E. **Maintenance Standards For Off-Premises Signs.** All off-premises signs must be structurally safe and maintained in a good state of repair, including, but not limited to, the following standards:

   1. The sign face must be maintained free of peeling, chipping, rusting, wearing and fading so as to be fully legible at all times.

   2. Commercial off-premises signs may be maintained only by painting or refinishing the surface of the sign face or sign structure so as to keep the appearance of the sign as it was when originally permitted. Minor modification to the sign face to improve hurricane safety, i.e. "hurricane frames" may be performed as long as the sign foundation is not included so as to

improve the structural integrity of the billboard structure in the hurricane safety modification. Upon determination by the Code Enforcement Department and notice to the permittee that a sign has become dilapidated or structurally unsound, such sign shall be removed within 20 days, unless an appeal of such determination has been previously filed with the ZBOA. Such sign shall, thereafter, be removed within 20 days of disposition of such appeal in favor of the council, its agencies, departments, and/or officials. Any structural or other substantive maintenance to a sign shall be deemed an abandonment of the sign, shall render the prior permit void and shall result in removal of the sign without compensation. Costs and expenses of such removal shall be paid by the owner of such sign.

3. Extension, enlargement, replacement, rebuilding, adding lights to an un-illuminated sign, changing the height of the sign above ground, or re-erection of the sign are prohibited.

4. Any signs suffering damage in excess of normal wear cannot be repaired without:

    a. Notifying the Code Enforcement Department in writing of the extent of the damage, the reason the damage is in excess of normal wear, and providing a description of the repair work to be undertaken, including the estimated cost of repair; and

    b. Receiving written notice from the Code Enforcement Department authorizing the repair work. If the work authorization is granted, it shall be mailed to the applicant within 30 days of receipt of the information described in Subsection 5.6.50.E.4.a. of this section. Any such sign that is repaired without the department's authorization shall be removed by the County, and the costs and expenses of such removal shall be paid by that person or entity making the unauthorized repairs.

    c. If a sign is partially destroyed by wind or other natural forces, the Director must determine whether to allow the sign to be rebuilt. If the Director determines that the damage to the sign was greater than 50 percent of its replacement cost as of the time of the damage, the sign must be consistent with all current requirements of this chapter.

( Ord. No. 2020/45, 10-26-20 )