# **Exhibit F**

## Beaufort County's Citations

Complaint

*Adams Outdoor Advertising Limited Partnership*
*v.*
*Beaufort County, and Eric Greenway, Director of the Beaufort County Community Development Department*

Civil Action No. 9:21-cv-_____
United States District Court for the District of South Carolina, Beaufort Division

UNIFORM ORDINANCE SUMMONS NO. __2434__
COUNTY/CITY OF BEAUFORT VERSUS#

__Hodges__      __Bo__ · __Adams Outdoor__
Last Name        First Name  __Advertising__ Middle Name

__174 Boardwalk Dr. Ste. V   Ridgeland, SC__
Street Address       City        State       Zip Code
                                              __29936__

YOU ARE SUMMONED TO APPEAR BEFORE THE COURT

☒ Magistrate            __5-5-21__        __9:30__        Ⓐ.M.
☐ Municipal Judge       Trial Date         Trial Time      P.M.

__104 Ribaut Rd.    Beaufort__    SC __29902__
Street Address         City                 Zip Code

FOR TRIAL CONCERNING VIOLATION OF

Ⓒounty/City of __Beaufort__

__5.6.50(E)__         __Off-Premises Signs__
Ordinance Sec. No.    Ordinance Description

__4-12-21__  __2:00__  A.M. ☐   __Certified mail__
                       P.M. ☒
Citation Date  Citation Time    Citation Location

if different from citation date:

                              __Beaufort County__
__4-10-21__            A.M. ☐
                       P.M. ☐  __Trask Pkwy.__
Violation Date  Violation Time    Violation Location

__Antonacci__    __20-__    $__1087.50__
Issuing Officer  Employee ID No.  Suggested Bond Amt.

---

**NOTICE TO DEFENDANT**

The Issuing Officer May Not Accept Bond.

You have the following options regarding the case against you,

1). You may post bond by delivering cash to the court address shown on this summons prior to the trial date.

2). You may post bond by mailing a postal money order, cashier's check or certified check, to the court address shown on this summons. DO NOT SEND CASH OR PERSONAL CHECKS THROUGH THE MAIL. Checks or money orders should be made payable to: _____. Be sure to enclose the summons number at the top of this summons and the arresting officer's name. It is your responsibility to ensure that any bond posted by mail is received by the court prior to your trial.

3). Posting a bond prior to the trial in no way affects your right to a trial on the charges made against you. You may have a trial by the judge at the assigned time or, if you make a written request prior to trial, by jury.

The court may impose a fine which is greater than or lesser than the amount of bond shown on the front of this summons. If you have posted bond prior to the assigned trial date and do not appear in court, your bond may be forfeited.

FAILURE TO APPEAR BEFORE THE COURT WITHOUT FIRST HAVING POSTED BOND OR WITHOUT HAVING BEEN GRANTED A CONTINUANCE BY THE COURT IS A MISDEMEANOR PUNISHABLE BY A FINE OR UP TO $200.00 OR IMPRISONMENT FOR UP TO 30 DAYS.

---

I, _____ acknowledge

receipt of this citation.    Date _____

UNIFORM ORDINANCE SUMMONS NO. **2436**
COUNTY/CITY OF BEAUFORT VERSUS#

**Hodges** / **Bo - Adams Outdoor Advertising**
Last Name / First Name / Middle Name

**174 Boardwalk Dr. Ste. K** / **Ridgeland** / **SC** / **29936**
Street Address / City / State / Zip Code

YOU ARE SUMMONED TO APPEAR BEFORE THE COURT

☑ Magistrate   **5-5-21**   **9:30**   A.M. ☑
☐ Municipal Judge   Trial Date   Trial Time   P.M.

**104 Ribaut Rd.** / **Beaufort** / SC **29902**
Street Address / City / Zip Code

FOR TRIAL CONCERNING VIOLATION OF

County/City of **Beaufort**

**5.6.50 (E) Off-Premises Sign**
Ordinance Sec. No. / Ordinance Description

**4-12-21**   **2:00**   A.M. ☐   **Certified mail**
Citation Date / Citation Time / P.M. ☑ / Citation Location

if different from citation date:

**4-10-21**   A.M. ☐   **Beaufort County**
Violation Date / Violation Time / P.M. ☐ / **Trask Pkwy** Violation Location

**Antonacci** / **20-** / **5** / **1087.50**
Issuing Officer / Employee ID No. / Suggested Bond Amt.

**NOTICE TO DEFENDANT**
The Issuing Officer May Not Accept Bond.

You have the following options regarding the case against you,
1). You may post bond by delivering cash to the court address shown on this summons prior to the trial date.

2). You may post bond by mailing a postal money order, cashier's check or certified check, to the court address shown on this summons. DO NOT SEND CASH OR PERSONAL CHECKS THROUGH THE MAIL. Checks or money orders should be made payable to: _____. Be sure to enclose the summons number at the top of this summons and the arresting officer's name. It is your responsibility to ensure that any bond posted by mail is received by the court prior to your trial.

3). Posting a bond prior to the trial in no way affects your right to a trial on the charges made against you. You may have a trial by the judge at the assigned time or, if you make a written request prior to trial, by jury.

The court may impose a fine which is greater than or lesser than the amount of bond shown on the front of this summons. If you have posted bond prior to the assigned trial date and do not appear in court, your bond may be forfeited.

FAILURE TO APPEAR BEFORE THE COURT WITHOUT FIRST HAVING POSTED BOND OR WITHOUT HAVING BEEN GRANTED A CONTINUANCE BY THE COURT IS A MISDEMEANOR PUNISHABLE BY A FINE OR UP TO $200.00 OR IMPRISONMENT FOR UP TO 30 DAYS.

I, _____ acknowledge receipt of this citation.   Date _____