# Exhibit G

## Sea Island Corridor Coalition Inc.'s Email

Complaint

*Adams Outdoor Advertising Limited Partnership*
*v.*
*Beaufort County, and Eric Greenway, Director of the Beaufort County*
*Community Development Department*

Civil Action No. 9:21-cv-_____
United States District Court for the District of South Carolina, Beaufort Division





**SPREAD THE WORD...**
Please take a moment a forward this update to your friends and neighbors. The Sea Island Corridor Coalition derives its influence from the community, and if you care about the quality of living in the Sea Islands, it is important that you support this effort. Click here to ensure you receive our e-mail updates and stay in touch with developments, or learn more about us at

www.seaislandcoalition.com



# ADAMS OUTDOOR ILLEGALLY RE-BUILDS TWO BILLBOARDS ON TRASK PARKWAY



**OUR MISSION:**

The mission of the Sea Island Corridor Coalition is to ensure successful and sustainable development that retains the look, feel and livability of Beaufort's Sea Island Parkway Corridor, and the land and water it touches. A key goal is to make and keep the community aware of planning, zoning and design developments in time for the public's voice to be heard...

**CONTACT US:**

mail@seaislandcoalition.com

Back on April 16, crews working for outdoor advertising firm Adams Outdoor were busy re-building two billboards on Trask Parkway west of downtown Beaufort.

Take a look:



Adams Outdoor crews busy at work April 16 on Trask Parkway

The only problem: the rebuilding of these billboards was illegal.

Back in August 2020, Adams had approached Beaufort County and asked for permission to modify its existing billboards with "hurricane frames" to improve safety of the board during major windstorms. After three readings and an Oct. 26 public hearing, the County Council voted to approve the modifications "as long as the sign foundation is not included so as to improve the structural integrity of the billboard structure."

3

Adams Outdoor has sought several times to get the County's Community Development Code (CDC) amended to permit greater use of billboards, to no avail. This latest action by Adams Outdoor seems clearly aimed at challenging the County Council's Oct 26 modification (approved in a 9 to 2 vote) of the CDC. The permissions extended in that action also held that "any structural or other substantive maintenance to a sign shall be deemed an abandonment of the sign, shall render the prior permit void and shall result in removal of the sign without compensation."

As background, the County Council decided in 2015 to ban free-standing signs unless located on the same parcel as the business or service being identified thereon. This essentially prohibited any growth in the use of outdoor advertising billboards in Beaufort County. Adams Outdoor quite clearly does not like this prohibition, and this most recent action seems aimed at doing away with it.

At the same time, however, in deference to firms such as Adams Outdoor, existing signs were "grandfathered" until such time as they could not be successfully retained without major structural repair or created a safety hazard by their continued use.

As soon as County officials became aware of Adams' April 16 work on Trask Parkway, a stop work order was issued. And subsequently, the

County filed suit in Circuit Court to enforce its decision on "hurricane frames" which if successful, would result in Adams Outdoor having to permanently remove the two billboards at issue.

The County's suit will be heard in Circuit Court on May 12.

---

Spread the word about the Coalition, and what we are trying to do on behalf of the Sea Island Corridor. Click below to Share, or Tweet, or Forward to a friend or neighbor!

Forward ✉     Tweet 🐦     Share f

---

*why did I get this?*     unsubscribe from this list     update subscription preferences

Sea Islands Corridor Coalition · PO Box 533 · St Helena Island, Sc 29920 · USA